UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 10, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>BARRY DUANE SHELL,<br><br>Defendant. | Case No. 2:24-CR-00124-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release BARRY DUANE SHELL, Case No. 2:24-CR-00124-01-TLN, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

　　　_____  Unsecured Appearance Bond $ _____

　　　_____  Appearance Bond with 10% Deposit

　　　_____  Appearance Bond with Surety

　　　_____  Corporate Surety Bail Bond

　　__X__  (Other): TIME SERVED.

Issued at Sacramento, California on July 10, 2025.

_____
Troy L. Nunley
Chief United States District Judge